*Samuel B. Kaufman* for petitioner. *Messrs. Robert Carey and Harry Lane* for respondent.

No. 777. ALEOGRAPH CO. *v.* ELECTRICAL RESEARCH PRODUCTS, INC. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. B. Lewright* for petitioner. *Mr. W. L. Matthews* for respondent.

No. 644. LAMB, DEPUTY SHERIFF, ET AL. *v.* NEW JERSEY EX REL. TIERNEY. See same case, *ante*, p. 530.

No. 636. WHITE, COLLECTOR OF INTERNAL REVENUE, *v.* HALL ET AL., EXECUTORS. March 28, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Solicitor General Thacher* for petitioner. No appearance for respondents.

No. 689. ANDERSON, COLLECTOR OF INTERNAL REVENUE, *v.* GUINZBURG ET AL. March 28, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Thacher* for petitioner. *Mr. James Marshall* for respondents.

No. 712. P. MCGRAW WOOL CO. *v.* UNITED STATES. March 28, 1932. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Harry S. Mesirov, John G. Frazer, Samuel M. Richardson,* and *Albert MacC. Barnes* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,*